**Mark D. TURNER, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 02–7601.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided March 12, 2003.

Glenn Lee Berger, Berger & Thornhill, Altavista, Virginia, for Appellant. Virginia Bidwell Theisen, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark D. Turner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude that Turner has not made a substantial showing of the denial of a constitutional right. *See Turner v. Angelone*, No. CA–01–842 7 (W.D.Va. Sept. 27, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*